# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Hector Hugo Aviles Armenta** DOB: 1992; Mexico<br>**Enrique Ramos** DOB: 1976; United States<br>**Adrian Collalmo-Bernal** DOB: 1981; United States<br>**Ramiro Alberto Medina-Castillo** DOB: 1996; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>21-00204MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 1, 2021, in the District of Arizona, **Hector Hugo Aviles Armenta**, **Enrique Ramos**, **Adrian Collalmo-Bernal**, and **Ramiro Alberto Medina-Castillo,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to conceal, harbor, or shield certain illegal aliens, including Hugo Giovanni Hernandez-Arena and Juan Rodriguez-Lucas; within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii)** and **1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about April 1, 2021, in the District of Arizona, **Hector Hugo Aviles Armenta**, **Enrique Ramos**, **Adrian Collalmo-Bernal**, and **Ramiro Alberto Medina-Castillo**, knowing or in reckless disregard that certain aliens, including Hugo Giovanni Hernandez-Arena and Juan Rodriguez-Lucas, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 1, 2021, in the District of Arizona (Nogales), United States Border Patrol Agents (BPA) were observing the Sacred Heart Catholic School parking lot. The school is a popular location for undocumented noncitizens smugglers to conduct load ups and vehicle swaps. The BPA saw a gold Ford Taurus pull to the schools parking lot southwestern corner. There was only the driver and one passenger inside the Taurus which pulled to the school's parking lot at the southwestern corner. The Taurus drove out of the parking lot less than two minutes later. The BPA could now see the heads of several people in the back seat. The Taurus then drove to a house on Walnut Street and parked behind the house at 466 W. Walnut St. It was a white in color two story house with multiple windows covered with boards and one door facing north, allowing entry and exit to the rear of the house. The Taurus left and drove to El Dorado Motel where the driver **Ramiro Alberto Medina-Castillo** entered room 122; the Taurus no longer had any passengers. The BPA suspected that **Medina-Castillo** dropped of the passengers at the house on Walnut St. The BPA also saw a marron Ford expedition parked in the rear of the house.

The BPA continued to survey the house and saw three different people enter and exit the rear of the house. The Expedition left the house and was pulled over by Nogales Police Department (NPD) for "improper position of left turn." BPA arrived to assist NPD and questioned the driver Hector Hugo **Aviles-Armenta** as to his citizenship. **Aviles-Armenta** admitted he was in the U.S. illegally. After acknowledging his Miranda Rights, **Aviles-Armenta** said there were approximately 11 undocumented noncitizens inside the house at 466 W. Walnut St. BPA assisted NPD with a welfare check at the house. NPD approached **Enrique Ramos** who was at the front of the house and admitted living in at the house. **Ramos** gave consent to search the house for any additional people. **Continued on back.**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Hugo Giovanni Hernandez-Arena and Juan Rodriguez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri _F.A.C._ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_Eric J. Markovich_ | DATE<br>April 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

NPD entered the house and found **Adrian Collalmo-Bernal** near the kitchen located at the rear of the house. Also, 16 undocumented noncitizens were found locked inside a room on the second floor, including an unaccompanied juvenile. The door to the room had a large padlock on the outside. The undocumented noncitizens did not have access to a bathroom or running water. Large piles of trash were found in the room and the stench of human waste and putrid food was significant.

Across the hall from the room containing the undocumented noncitizens was another room with a large padlock on the door. Several undocumented noncitizens said that their cell phones and identifications were inside the room. **Aviles-Armenta** claimed to live in the room and consented to a search of the room.

BPA saw **Medina-Castillo** leave El Dorado Motel driving the gold Taurus and saw him drive up Walnut St. BPA provided NPD the Taurus license plate and NPD said that the plate did not return to the Taurus. NPD stopped the Taurus at the intersection of Grand Ave. and Western Ave. **Medina-Castillo** was in possession of a key which opened the padlock on the second room.

During the material witness Hugo Giovanni Hernandez-Arena and Juan Rodriguez-Lucas interview, Rodriguez Lucas was shown a list of pictures and he circled #4 which was identified as **Collelmo-Bernal, Adrian**. Rodriguez said that **Collelmo-Bernal** would bring them food and water to 466 W. Walnut Street. Records checks revealed that Hugo Giovanni Hernandez-Arena and Juan Rodriguez-Lucas did not have the proper immigration documentation to enter or remain in the U.S. legally.

In a post-*Miranda* statements, **Ramos** initially said he was the maintenance man at 466 Walnut St. **Ramos** later admitted he knew there were undocumented noncitizens staying in the upstairs apartment. Hugo rented the house and dropped undocumented noncitizens off and brought them food. Hugo paid **Ramos** $100 to $150 USD per week to stay quiet about the apartment being used to house undocumented noncitizens. **Ramos** brought water in buckets to the apartment anytime Hugo or his cousin asked for it.

**Medina-Castillo** said he crossed the U.S. border illegally two days ago and was taken to a hotel. At the hotel he was given a phone and instructions by someone in Mexico about what he would be doing for them. A subject named El Perro drove him to a church to show him where he was going to be picking up people and transported three individuals to a house. El Perro told him that the house is where **Medina-Castillo** will be bringing people. Today, he was contacted by someone in Mexico who told him that there were people waiting to be picked up at the church.

**Aviles-Armenta** admitted crossing the U.S. illegally approximately one month ago and his intent was to pick up undocumented noncitizens. **Aviles-Armenta** said he was working for his cousin Medina-Castillo. **Aviles-Armenta** said he has been using the stash house for approximately three weeks. **Aviles-Armenta** said he was responsible for picking up forty to fifty undocumented noncitizens per week. **Aviles-Armenta** said he was paid $200 USD per person he picked up and kept at the stash house.